

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00740-CV

Eduardo **SANCHEZ** and Alec Transport Limited Liability Company,
Appellants

v.

**SANTANDER BANK, N.A.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVH000777D4
Honorable Oscar J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting: Irene Rios, Justice
    Beth Watkins, Justice
    Liza A. Rodriguez, Justice

Delivered and Filed: August 26, 2020

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was due on June 30, 2020. Appellants did not file their brief or a motion for extension of time by that date. On July 22, 2020, we issued an order directing appellants to file, on or before August 3, 2020, their brief and a written response reasonably explaining (1) their failure to timely file the brief and (2) why appellees are not significantly injured by appellants' failure to timely file a brief. We warned appellants that if they did not file their response and brief by that date, this appeal would be dismissed for want of prosecution. Appellants have failed to comply with or respond to our order.

Accordingly, this appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8.

PER CURIAM